IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOREN JOHN HICKS #226798, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO.  2:11cv756-TMH |
| | ) | (WO) |
| KIM THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On November 3, 2011, the Magistrate Judge filed a Recommendation in this case to

which no timely objections have been filed.  (Doc. # 7).  Upon an independent review of the

file in this case and upon consideration of the Recommendation of the Magistrate Judge, it

is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice

for the plaintiff's failure to file an amended complaint in accordance with the directives of

the orders entered in this case.

Done this the 8th  day of December 2011.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE